**STATE of Missouri, Respondent,**

v.

**Richard Lee EDWARDS, Jr., Appellant.**

**WD 77233**

Missouri Court of Appeals,
Western District.

Order filed: March 10, 2015

Evan J. Buchheim, Jefferson City, for Respondent

James A. Nadolski, St. Joseph, for Appellant

Bert M. Godding, Liberty, Co-counsel for Appellant

Before Division Three: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Gary D. Witt, Judge

## *ORDER*

PER CURIAM:

Richard Edwards Jr. appeals his conviction and twelve-year sentence for class A felony financial exploitation of the elderly, section 570.145, RSMo Cum. Supp. 2013. He raises three points on appeal regarding ineffective assistance of counsel and closing argument. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of conviction is affirmed. Rule 30.25(b).